**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:  Case No. 13-17518-RAM
 Chapter 7
**LORENA GARCIA**
SS #XXX-XX-7278

_____Debtor_____ /

**NOTICE OF DEPOSIT OF FUNDS**

Notice is hereby given that:

(X)  The trustee has a balance of $2,608.90 remaining in the trustee's account which represents unpresented checks drawn and mailed to entities pursuant to the final distribution under section 726, 1226 or 1326 of title 11 in a case under chapter 7, 12 or 13 of title 11. The trustee has made a good faith effort to verify the correct mailing addresses for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment; or

( )  The trustee has a balance of $_____ remaining in the trustee's account which represents small dividends as defined by FRBP 3010.

 Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, claim numbers and addresses of the claimants and the amount to which each is entitled.

 WHEREFORE, the trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

 I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed this 4th day of September, 2015, to Debtor, attorney for debtor and Assistant United States Trustee, 150 N. Miami Ave, Room 150, Miami, FL 33128.

 Signed: /s/ Maria M. Yip, Trustee
 Maria M. Yip, Trustee
 One Biscayne Tower
 2 S. Biscayne Blvd, Suite 2690
 Miami, FL 33131
 Telephone: (305) 908-1862
 Fax: (786) 800-3903

**GARCIA, LORENA**
**13-17518-RAM**
**STALED DATED FUNDS**

| CLAIM NO | CLAIMANT | AMOUNT |
|---|---|---|
|  | **Lorena Garcia**<br>1345 NW 25 St<br>Miami, FL 33142 | **$2,608.90** |